SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
JENNIFER BRETAN (CSB NO. 233475)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
*smuck@fenwick.com; dkristy@fenwick.com*
*jbretan@fenwick.com*

FELIX S. LEE (CSB No. 197084)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200
*flee@fenwick.com*

Attorneys for Defendants iShares Trust, Barclays Global Fund Advisors, Barclays Global Investors, N.A., Darrell Duffie, Cecilus H. Herbert, Charles A. Hurty, John E. Kerrigan, Lee T. Kranefuss, Michael A. Latham, John E. Martinez, George G.C. Parker, and Robert H. Silver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN SQUIRES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>iSHARES TRUST; BARCLAYS GLOBAL FUND ADVISORS; BARCLAYS GLOBAL INVESTORS, N.A.; DARRELL DUFFIE; CECILUS H. HERBERT; CHARLES A. HURTY; JOHN E. KERRIGAN; LEE T. KRANEFUSS; MICHAEL A. LATHAM; JOHN E. MARTINEZ; GEORGE G.C. PARKER; and ROBERT H. SILVER<br><br>Defendants. | Case No. 09-cv-02077 WHA<br><br>**STIPULATION OF DISMISSAL** |

1  This Stipulation is entered into by and among plaintiff Kathryn Squires and defendants
2  iShares Trust, Barclays Global Fund Advisors, Barclays Global Investors, N.A., Darrell Duffie,
3  Cecilus H. Herbert, Charles A. Hurty, John E. Kerrigan, Lee T. Kranefuss, Michael A. Latham,
4  John E. Martinez, George G.C. Parker, and Robert H. Silver through their respective attorneys
5  of record.

6  WHEREAS, plaintiff has decided to dismiss this action without prejudice;

7  WHEREAS, no inducement has been provided to plaintiff in return for this dismissal;

8  THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the
9  Federal Rules of Civil Procedure, by and between the undersigned counsel for the parties, that
10 the complaint in the above-captioned action is voluntarily dismissed, without prejudice, with the
11 parties to bear their own costs and attorneys fees.

12 Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing
13 of this stipulation.

14 Dated: June 16, 2009                    FENWICK & WEST LLP

15                                         By:  */s/ Susan S. Muck*
                                                Susan S. Muck
16
                                           Attorneys for Defendants
17

18 Dated: June 16, 2009                    FINKELSTEIN & KRINSK LLP

19                                         By:  */s/ Jeffrey R. Krinsk*
                                                Jeffrey R. Krinsk
20
                                           Attorneys for Plaintiff
21

22 Dated: June 16, 2009                    HAGENS BERMAN SOBOL SHAPIRO LLP

23                                         By:  */s/ Shana Scarlett*
                                                Shana Scarlett
24
                                           Attorneys for Plaintiff
25

26

27
                                                              22869/00421/SF/5265245
28

STIPULATION OF DISMISSAL            1            CASE NO. 09-CV-02077 WHA